UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD NILSSON TRUCKING, INC., <br><br> Defendant. | Case No. C06-1227RSL <br><br> ORDER TO SEAL DOCUMENTS AND FILE REDACTED COPIES OF SEALED DOCUMENTS |

This matter comes before the Court *sua sponte*. Plaintiff has filed a motion for entry of default judgment. One of the exhibits to that motion contains private and personal information that needs to be redacted from public documents.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers - redact to the last four digits

* Financial Accounting Information - redact to the last four digits

The General Order was issued by the court pursuant to the official policy on privacy

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1  adopted by the Judicial Conference of the United States and can be found on the court's website
2  at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
3  comply with the Privacy Policy and the General Order.
4       In order to restrict access to the private and confidential information that has already
5  made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to
6  seal Exhibit D to Plaintiff's Motion for Entry of Default Judgment (Dkt. #6-5), in the above-
7  captioned matter.  Plaintiff is directed to promptly review all previously filed documents to
8  ensure that they do not contain additional information that should have been redacted.  Plaintiff
9  shall make every effort to avoid such public disclosures of confidential information in the future.
10      As a result of the improper filing, an important portion of the record is now sealed, which
11 is inconsistent with the public's right of access.  Plaintiff is therefore ORDERED to file, within
12 ten days of the date of this order, a redacted copy of Exhibit D.  If plaintiff has any questions
13 about the Privacy Policy and the General Order or needs assistance in filing and properly
14 labeling the redacted copy, counsel should contact the CM/ECF Helpdesk at 1-866-ECF-
15 WAWD (1-866-323-9293).

17      DATED this 20th day of October, 2006.

20               Robert S. Lasnik
                 United States District Judge

28 ORDER TO SEAL AND
   FILE REDACTED COPIES - 2